DATE: January 13, 2014

REPLY TO
ATTN OF: Jim Perdue, Deputy Chief U.S. Probation Officer

SUBJECT: **Request to Destroy Evidence**

Re.: Patrick Parker
Docket No.: 3:05-00048-04

TO: The Honorable Aleta A. Trauger, U.S. District Judge


On November 28, 2006, the following evidence was seized during the offender's period of supervised release and his case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
| --- | --- | --- |
| 261 | 1 | Digital Scale |
| 270 | 6 | Small baggies of Marijuana |

Thank you for your time and consideration in this matter.

Approved: _[signature]_
The Honorable Aleta A. Trauger
U.S. District Judge